THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKI PILGRIM, | : |
| | : CIVIL ACTION NO. 3:20-CV-799 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Arbuckle) |
| | : |
| OFFICER JASON HYLER, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, THIS 9th DAY OF FEBRUARY 2022, upon consideration of Magistrate Judge William Arbuckle's Report and Recommendation ("R&R") (Doc. 34) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 34) is **ADOPTED** for the reasons set forth therein;[1]

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) or, **in the alternative**, Defendant's Motion for Summary Judgment (Doc. 23) is **GRANTED**;

3. The Clerk of Court is directed to **CLOSE THIS CASE.**

Robert D. Mariani
United States District Judge

---

[1] Plaintiff did not file objections to the Report and Recommendation. Although the R&R sent to him at SCI-Smithfield was returned as undeliverable, the Clerk of Court ascertained that Plaintiff had been moved to SCI-Somerset and sent the R&R to the updated address on January 4, 2022. (Doc. 35.) Plaintiff has been advised that he has an affirmative obligation to keep the Court informed of his current address. (Doc. 4 at 1.)